IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.61.34.244

**ISP:** Verizon Internet Services
**Physical Location:** Sewell, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/25/2016 10:37:03 | E7686C6190E83B8B2F7A6ADC3DA182428CCF6171 | The Studio Part #1 |
| 05/25/2016 10:32:03 | 8FF09BA10894D5C5FB97B0A98B1B2D716B4A6EA0 | Four Ways |
| 05/25/2016 10:16:14 | 1FC1268A5DAB4594AE21B3A0485421FB34402E79 | This Is What Heaven Looks Like |
| 05/25/2016 09:45:18 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 05/23/2016 23:15:42 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 05/20/2016 20:29:14 | 1A44F938F9E34A86F83E4AD47EDB272E0B9AF2A3 | X-art Unauthorized Pack 1A44F93 |
| 05/01/2016 19:33:25 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 04/10/2016 17:41:57 | BE6EB54F4B70B2FA3494DC678D6DF9A41D9EC134 | Horsing Around |
| 04/06/2016 00:42:23 | 62F779BB326AE96AF29ED89E9AE28DBBC3C76495 | Lovers Lane |
| 04/06/2016 00:33:39 | 0EF55CB476C9B15B5CE6A2111B49D92FEB165FB7 | Life In The Fast Lane |
| 03/20/2016 15:34:57 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 03/20/2016 13:02:13 | B00E50D6367B2AA803B328A97A01DEDC14BA075F | Tropical Sexcapades |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

CNJ579